IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

WORLD JET, INC.,

                Plaintiff,

                                            Civil Action No.
   vs.                                    3:07-CV-876 (NAM/DEP)

MICHAEL A. JACOBS, et al.,

                Defendants.
_____

APPEARANCES:                   OF COUNSEL:

Chorpening, Good Law Firm      Virginia T. Shea, Esq.
645 Fifth Avenue
Suite 703
New York, New York 10022
*Attorney for Plaintiff*

Paul G. Madison
31 Harper Street
Stamford, New York 12167
*Defendant, Pro Se*

Jacobs, Jacobs Law Firm          Patrick J. Cannon, Esq.
P.O. Box 159                           Michael A. Jacobs, Esq.
31 Lake Street
The Madison Building
Stamford, New York 12167
*Attorneys for remaining Defendants*

**Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION<br>
<u>BASED UPON SETTLEMENT</u>

      The Court has been advised by counsel that this action has been settled, or is in the

process of being settled.  Counsel has also advised the Court that no infant or incompetent is a

party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order unless any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language "**that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means and upon defendant Paul Madison by regular mail.

Dated:  May 6, 2009
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge